UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**MARSHA CRISHON,**

    Plaintiff,

                                            **CASE NO.   3:11-CV-392**

**-vs-**                                         **Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL
SECURITY,**

    Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

    **[ ]   Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]   Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that ALJ's Non-Disability Finding is **FOUND NOT SUPPORTED BY SUBSTANTIAL EVIDENCE,** and **REVERSED** and **REMANDED** to the ALJ for an immediate award of benefits; and that the case is **CLOSED** from the docket of the Court.

Date: August 30, 2012                                          **JOHN P. HEHMAN, CLERK**

                                                                           By: *s/ M. Rogers*
                                                                           Deputy Clerk